# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DAVID V. LEJEUNE  
528 GREGORY STREET  
ROCKFORD, IL  61104

SSN-xxx-xx-0723

Case Number: 06-71901

Case filed on: 10/17/2006  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,453.90    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 013 | ILLINOIS DEPARTMENT OF REVENUE | 1,106.92 | 1,106.92 | 0.00 | 0.00 |
|  | Total Priority | 1,106.92 | 1,106.92 | 0.00 | 0.00 |
| 014 | DAVID V. LEJEUNE | 0.00 | 0.00 | 178.66 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 178.66 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 1,046.24 | 800.00 | 0.00 | 0.00 |
| 004 | LITTON LOAN SERVICING LP | 24,086.13 | 21,000.00 | 0.00 | 0.00 |
| 005 | LASALLE BANK | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
| 006 | LASALLE BANK | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| 009 | WINNEBAGO COUNTY CLERK | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
|  | Total Secured | 29,732.37 | 26,400.00 | 0.00 | 0.00 |
| 001 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 0.00 | 246.24 | 0.00 | 0.00 |
| 007 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LASALLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 108.56 | 108.56 | 0.00 | 0.00 |
| 012 | NICOR GAS | 6,414.34 | 6,414.34 | 0.00 | 0.00 |
|  | Total Unsecured | 6,522.90 | 6,769.14 | 0.00 | 0.00 |
|  | Grand Total: | 38,562.19 | 35,476.06 | 1,378.66 | 0.00 |

Total Paid Claimant:    $1,378.66  
Trustee Allowance:    $75.24  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan